UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DEGRAW, as Personal
Representative of the Estate of JENNIFER
DEGRAW, Deceased,

    Plaintiffs,
vs.                                                  CASE NO.: 8:11-CV-720-T-17 MAP

BOB GUALTIERI, in his official capacity as
SHERIFF OF PINELLAS COUNTY,
FLORIDA,

    Defendant.
_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Jennifer DeGraw had a serious medical need?

   Answer Yes or No ___Yes___

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

2. That Jim Coats, in his official capacity as Sheriff of Pinellas County and predecessor to Bob Gualtieri, knew that Jennifer DeGraw had a serious medical need that posed a risk of serious harm?

   Answer Yes or No ___Yes___

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

3. That Jim Coats, in his official capacity as Sheriff of Pinellas County and predecessor to Bob Gualtieri, was deliberately indifferent to a serious medical need of Jennifer DeGraw?

   Answer Yes or No ___Yes___

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

4. That Jim Coats, in his official capacity as Sheriff of Pinellas County and predecessor to Bob Gualtieri, was acting under color of law when he failed to provide necessary medical care for Jennifer DeGraw's serious medical need?

   Answer Yes or No   Yes

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

5. That Jim Coats' conduct, in his official capacity as Sheriff of Pinellas County and predecessor to Bob Gualtieri, caused Jennifer DeGraw's injuries?

   Answer Yes or No   Yes

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

6a. That Michael DeGraw should be awarded compensatory damages against Pinellas County Sheriff's Office?

   Answer Yes or No   Yes

   If your answer is "Yes,"

   In what amount? $ 975,000.00

   OR

6b. That Michael DeGraw should be awarded nominal damages against Pinellas County Sheriff's Office?

   Answer Yes or No _____

   If your answer is "Yes,"

   In what amount? $ _____

So Say We All.

DATE: 2/14/14

_____
Foreperson's Signature