UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DEGRAW, individually and as
Personal Representative of the Estate of
JENNIFER DEGRAW, deceased,

     Plaintiff,

-vs-

                                                 CASE NO.: 8:11-CV-720-EAK-MAP

BOB GUALTIERI, in his official capacity as
Sheriff of PINELLAS COUNTY, FLORIDA,

     Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, MICHAEL DEGRAW, individually and as Personal

Representative of the Estate of JENNIFER DEGRAW, deceased, by and through his undersigned

attorneys, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above

captioned matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

electronically filed with the Clerk of the District Court this 7th day of July, 2014 by using the

CM/ECF system which will send a notice of electronic filing to:

Shannon R. Kennedy, Esquire, slockheart@pcsonet.com; Pinellas County Sheriff's office, 10750

Ulmerton Road, Largo, FL 33778.

/s/ David G. Henry
David G. Henry, Esquire
Florida Bar #: 0896756
dhenry@forthepeople.com
Morgan & Morgan, Tampa, P.A.
SCOTT T. BORDERS
Florida Bar No. 746568
stborders@forthepeople.com
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602 Tele: (813) 223-5505
Attorney for Plaintiff

CELENE H. HUMPHRIES
Florida Bar No. 884881
chumphries@BHappeals.com
TRACY S. CARLIN
Florida Bar No. 797390
tcarlin@BHappeals.com
BRANNOCK & HUMPHRIES
100 South Ashley Drive, Suite 1130
Tampa, Florida 33602
Tel: (813) 223-4300
Fax: (813) 262-0604

and

CRAIG LAPORTE
Florida Bar No. 372511
craig@accidentshappenatty.com
PROLY, LAPORTE & MULLIGAN, P.A.
11914 Oak Trail Way
Port Richey, Florida 34668
Tel: (727) 863-1553
Fax: (727) 862-8386

Attorneys for Plaintiff